IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. Action. No. 15-23-RGA |
| | ) | |
| WILMINGTON TRUST CORPORATION, | ) | |
| DAVID R. GIBSON, | ) | |
| ROBER V. A. HARRA, | ) | |
| WILLIAM NORTH, and | ) | |
| KEVYN RAKOWSKI, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Court has set a new motions date of January 31, 2018, and a new trial date of March 5, 2018, with jury selection to begin on that date and opening statements to begin on March 12, 2018. These dates were set upon the request of all four Defendants, after they argued, and I accepted, that they could not be ready for trial any time soon. Given the constitutional requirements for effective assistance of counsel, and based on the arguments of Defendants during the conference on October 10, 2017, it is the Court's finding that I should, and do, exclude the time between October 10, 2017, and March 5, 2018 under the Speedy Trial Act, as the ends of justice served by granting the continuance outweigh the best interest of the public and Defendants in a speedy trial.

IT IS SO ORDERED this _11_ day of October 2017.

_____
United States District Judge