IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 15-23-RGA |
| | : | |
| DAVID R. GIBSON, | : | |
| ROBERT V.A. HARRA, | : | |
| WILLIAM NORTH, and | : | |
| KEVYN RAKOWSKI, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the News Journal has requested the names, addresses, and phone numbers of the jurors (including the alternate jurors) in the above-captioned case;

WHEREAS, there is a presumption that the names of jurors should be publicly available, *see United States v. Wecht*, 537 F.3d 222, 239 (3d Cir. 2008);

WHEREAS, there is no basis now to overcome that presumption, as, for example, juror privacy is not a valid reason, *see id.* at 240; and there is no possibility of impermissible influences on the jury given that the jury rendered a verdict on May 3, 2018, *see id.* at 240-42;

WHEREAS, the parties were not provided with either street addresses or phone numbers for the jurors, during voir dire or otherwise, and the Court does not believe it should be disclosing information that was not disclosed to the parties;

NOW THEREFORE, this _16_ day of May 2018, IT IS HEREBY ORDERED that the Clerk disclose the names of the jury, including the alternates, with the city of residence for the juror, to the News Journal.

United States District Judge